ACCEPTED
06-16-00081-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
7/1/2016 1:31:50 PM
DEBBIE AUTREY
CLERK

No. 06-16-00081-CR

IN THE COURT OF APPEALS

FOR THE

SIXTH JUDICIAL DISTRICT OF TEXAS

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS

7/1/2016 1:31:50 PM

DEBBIE AUTREY
Clerk

BRIAN ANTHONY PRECIADO, Appellant

VS.

THE STATE OF TEXAS, Appellee

APPEALED FROM THE 71ST DISTRICT COURT

HARRISON COUNTY, TEXAS

CAUSE NO. 11-0045X

STATE'S BRIEF

COKE SOLOMON
CRIMINAL DISTRICT ATTORNEY
HARRISON COUNTY, TEXAS
P.O. BOX 776
MARSHALL, TEXAS 75671
(903) 935-4840

BY:    LAURA M. CARPENTER
ASSISTANT CRIMINAL DISTRICT ATTORNEY
BAR #08618050
ATTORNEY FOR THE STATE OF TEXAS

**Oral Argument is Not Requested**

No. 06-16-00081-CR

BRIAN ANTHONY PRECIADO, Appellant

VS.

THE STATE OF TEXAS, Appellee

_____

## NAMES OF ALL PARTIES AND ATTORNEYS
_____

The names and identifying information of all parties and attorneys were correctly stated in Appellant's brief.

**TABLE OF CONTENTS**

NAMES OF ALL PARTIES AND ATTORNEYS ...............................................................ii

TABLE OF CONTENTS…………………………………………………………………….iii

STATEMENT OF THE CASE................................................................................ 1

STATEMENT OF FACTS.................................................................................... 1

STATE'S REPLY .............................................................................................. 1

PRAYER ......................................................................................................... 1

CERTIFICATE OF COMPLIANCE…………………………………………………….2

CERTIFICATE OF SERVICE .............................................................................. 2

## STATEMENT OF THE CASE

The State of Texas adopts Appellant's recitation of his Statement of the Case

## STATEMENT OF FACTS

The State of Texas adopts Appellant's recitation of his Statement of Facts

## STATE'S REPLY TO APPELLANT'S ISSUE

The trial court did err in assessing payment of court appointed counsel fees against the appellant, an indigent person.   Appellee agrees with Appellant that the trial court judgment should be modified to delete the assessment of court appointed counsel fees.

## PRAYER

Appellee respectfully prays this Court modify the judgment to delete the assessment of court appointed counsel fees.

Respectfully Submitted
Coke Solomon
Criminal District Attorney
Harrison County, Texas

By:    /s/ Laura M. Carpenter
Laura M. Carpenter,
Assistant District Attorney
Bar Card #08618050

1

## CERTIFICATE OF COMPLIANCE

I hereby certify that this brief contains 336 words according to the computer program used to prepare the document.


/s/ Laura M. Carpenter
Laura M. Carpenter


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Appellee's Brief has been faxed to the attorney for Appellant, Ebb Mobley, this 1st day of July, 2016, by e-file.


/s/ Laura M. Carpenter
Laura M. Carpenter